UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530,<br><br>        Plaintiff,<br><br>        v.<br><br>MACY'S, INC., a corporation, 7 West<br>Seventh Street, Cincinnati, Ohio 45202,<br><br>        Defendant. | Civil Case No. 1:13-cv-00004 RC |

## STIPULATED MOTION TO ENTER JUDGMENT

The parties, by and through their undersigned attorneys, respectfully request that this Court enter the parties' Stipulated Judgment and Order ("Stipulated Order"), filed in this matter as Docket No. 2, as the Court's final order in this case. All parties have agreed to the entry of the Stipulated Order, as evidenced by their signatures on Docket No. 2.

Dated: January 3, 2013

1

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **OR THE PLAINTIFF**<br>**UNITED STATES OF AMERICA:** | **FOR THE DEFENDANT:** |
| STUART F. DELERY<br>Principal Deputy Assistant Attorney General | Kelley Drye & Warren LLP<br>Attorneys for Defendant<br>Macy's, Inc. |
| MAAME EWUSI-MENSAH FRIMPONG<br>Deputy Assistant Attorney General | |
| MICHAEL S. BLUME<br>Director |   See attached signature<br>CHRISTIE GRYMES THOMPSON<br>DC Bar No. 463839 |
|   /s/ Shannon L. Pedersen<br>SHANNON L. PEDERSEN<br>Ore. Bar No. 102073<br>Trial Attorney<br>Consumer Protection Branch<br>Department of Justice, Civil Division<br>P.O. Box 386<br>Washington, DC 20044<br>202-532-4490, shannon.l.pedersen@usdoj.gov<br>202-514-8742 (fax) | Kelley Drye & Warren LLP<br>3050 K Street NW<br>Washington, DC 20007<br>202-342-8633, cgthompson@kelleydrye.com<br>202-342-8451 (fax) |

STIPULATED AND AGREED TO:

OR THE PLAINTIFF
UNITED STATES OF AMERICA:

STUART F. DELERY
Principal Deputy Assistant Attorney General

MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director

_____
SHANNON L. PEDERSEN
Ore. Bar No. 102073
Trial Attorney
Consumer Protection Branch
Department of Justice, Civil Division
P.O. Box 386
Washington, DC 20044
202-532-4490, shannon.l.pedersen@usdoj.gov
202-514-8742 (fax)

FOR THE DEFENDANT:

Kelley Drye & Warren LLP
Attorneys for Defendant
Macy's, Inc.

*/s/ Christie Grymes Thompson*
CHRISTIE GRYMES THOMPSON
DC Bar No. 463839
Kelley Drye & Warren LLP
3050 K Street NW
Washington, DC 20007
202-342-8633, cgthompson@kelleydrye.com
202-342-8451 (fax)