UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530,<br><br>    **Plaintiff,**<br><br>    v.<br><br>MACY'S, INC., a corporation, 7 West<br>Seventh Street, Cincinnati, Ohio 45202,<br><br>    **Defendant.** | Civil Case No. 1:13-cv-00004 |

**Certificate of Service**

I HEREBY CERTIFY that on January 3, 2013, I provided service by First Class Mail of Docket Number 2, Notice of Filing, and Docket Number 4, Joint Motion to Enter Judgment, as filed electronically through the CM/ECF system for the above-referenced matter, to the following counsel:

    Christie Grymes Thompson
    Kelley Drye & Warren LLP
    3050 K Street NW
    Washington, DC 20007

    Attorneys for Defendant.

DATED this 3rd day of January, 2013.

    /s/ Shannon L. Pedersen
    SHANNON L. PEDERSEN
    Trial Attorney, Consumer Protection Branch
    Department of Justice, Civil Division
    P.O. Box 386
    Washington, DC 20044